# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Matthew Starnes,                                    Civil No. 10-4428 (MJD/SER)

    Plaintiff,

v.                                                  **ORDER**

Heather Ries,

    Defendant.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.


Dated:  May 16, 2011                    s/Michael J. Davis
                                        Michael J. Davis
                                        Chief Judge
                                        United States District Court